**Order filed August 2, 2021.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-21-00157-CV

———————

**THE STATE OF TEXAS BY AND THROUGH THE TEXAS TRANSPORTATION COMMISSION, Appellant**

**V.**

**AHMAD SULEIMAN, INDIVIDUALLY AND COLUMBIA STOP, LLC, Appellees**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 107226-CV**

———————

NO. 14-21-00238-CV

———————

**IN RE STATE OF TEXAS BY AND THROUGH THE TEXAS TRANSPORTATION COMMISSION, Relator**

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
239th District Court
Brazoria County, Texas
Trial Court Cause No. 107226-CV**

# ORDER

On March 23, 2021, the State of Texas by and through the Texas Transportation Commission ("the State") filed a notice of appeal from the trial court's order signed March 4, 2021, denying the State's motion to dismiss for want of jurisdiction. The State's appeal was assigned to this Court under our appellate number 14-21-00157-CV.

On May 6, 2021, the State filed a petition for writ of mandamus "[o]ut of an abundance of caution, and strictly in the alternative," complaining of the trial court's order signed February 8, 2021, denying the State's motion to abate in the same trial court cause number at issue in the State's interlocutory appeal. The original proceeding has been assigned our case number 14-21-00238-CV.

Today, the Court, on its own motion, **ORDERS CONSOLIDATION** of the appeal and the original proceeding, Nos. 14-21-00157-CV and 14-21-00238-CV.

We further **ORDER** Ahmed Sulieman, Individually and Columbia Stop, LLC's motion to abate mandamus proceedings **DENIED**. The petition for a writ of mandamus remains pending.

PER CURIAM


Panel consists of Justices Wise, Jewell, and Spain. (Justice Spain dissents and would dismiss for lack of a proper original-proceeding record.).